Kristin A. Schuler-Hintz, Esq., Nevada State Bar No. 7171
Michael W. Chen, Esq. Nevada State Bar Not 7307
McCarthy & Holthus, LLP
9510 W. Sahara, Suite 200
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
Attorneys for Plaintiff Midfirst Bank

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

MIDFIRST BANK,

                Plaintiff,

vs.

UNITED STATES OF AMERICA,

                Defendant(s).
_____

Case No.:  2:17-CV-00448-GMN-PAL

**STIPULATED ORDER OF
DISMISSAL OF SOLE DEFENDANT
UNITED STATES OF AMERICA
AND DISMISSAL OF CASE**

Comes now, Plaintiff Midfirst Bank and sole Defendant United States of America by and through its attorneys of record, McCarthy & Holthus, LLP, and the United States Attorney's Office for the District of Nevada, respectively, and hereby stipulate to the following:

///

///

///

///

///

///

///

that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and the parties having fully resolved the instant dispute, do therefore stipulate to dismiss all Plaintiff's claims against the sole Defendant United States of America with prejudice. Each party to bear its owns fees and costs. With no remaining causes of action or Defendants herein, the case may be dismissed and closed in the normal course.

DATED this _7th_ day of April, 2017          DATED this _7th_ day of April, 2017

McCARTHY & HOLTHUS, LLP                      STEVEN W. MYHRE
                                             Acting United States Attorney


By: ___/s/ Michael W. Chen_____          By: __/s/ Mark E. Woolf  (w/ permission)__
      Michael W. Chen, Esq.                        Mark E. Woolf, Esq.
      9510 W. Sahara Ave., Suite 200               Assistant United Stated Attorney
      Las Vegas, NV  89117                         501 Las Vegas Blvd. So. Ste. 1100
      Attorneys for Plaintiff                      Las Vegas, Nevada  89101
                                                   Attorney for Defendant United States of
                                                   America


          IT IS SO ORDERED:



          _____
          United States District Court Judge


Dated:  April ___, 2017.

NV-16-748305-CV